FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN - 9 2018

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 4:18-CR -00007 BSM |
| | ) | |
| v. | ) | Title 18, U.S.C. § 1028A(a)(1) |
| | ) | Title 18, U.S.C. § 1029(a)(2) |
| PHILLIP HILL | ) | Title 18, U.S.C. § 1029(a)(4) |
| | ) | Title 18, U.S.C. § 1029(b)(1) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

From on or about the December 1, 2017, until December 17, 2017, in the Eastern District of Arkansas, the Defendant,

PHILLIP HILL,

knowingly and with intent to defraud, attempted to traffic in unauthorized access devices, that is, social security numbers, and by such conduct did obtain and attempt to obtain things of an aggregate value of $1000 and more during that period, and said conduct was in or affected interstate and foreign commerce, all in violation of 18 U.S.C. § 1029(a)(2) and (b)(1).

### COUNT TWO

On or about December 17, 2017, in the Eastern District of Arkansas, the Defendant,

PHILLIP HILL,

did knowingly possess and use, without lawful authority, a means of identification of another person during and in relation to Wire Fraud, in violation of 18 U.S.C § 1343, by possessing and using another person's credit card account number to participate in a scheme to defraud credit card issuers and merchants, all in violation of 18 U.S.C. § 1028A(a)(1) and (c)(5).

1

## COUNT THREE

On or about December 17, 2017, in the Eastern District of Arkansas, the Defendant,

PHILLIP HILL,

knowingly and with intent to defraud, possessed "device-making equipment" as defined in 18 U.S.C. § 1029(e)(6), to wit, blank plastic ID cards, and said conduct was in or affected interstate and foreign commerce, in violation of 18 U.S.C. § 1029(a)(4).

End of Text.  Signature page attached.