IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

V.                          CASE NO. 4:18-cr-00007-BSM-1

PHILLIP HILL                                                                DEFENDANT

## ORDER MODIFYING CONDITIONS OF RELEASE

Defendant appeared before the Court today on the Government's Motion to Revoke Pretrial Release (DE #24). Defendant admitted violations of his conditions of release; however, the Court finds that there are still conditions that can be fashioned for Defendant's continued release pending trial. Therefore, rather than revoking bond at this time, it is the Order of the Court to modify his conditions to allow for probation to search the cell phone of his third-party custodian. All other conditions of pretrial release remain in effect.

SO ORDERED this 25th day of January, 2018.

_____
UNITED STATES MAGISTRATE JUDGE